UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| DiLorenzo Biomedical, LLC, | Case No. 24-cv-4091 JRT/ECW |
| Plaintiff, | |
| v. | **ORDER** |
| Medtronic, Inc., | |
| Defendant. | |

---

This case is before the Court on Plaintiff DiLorenzo Biomedical, LLC's Unopposed Motion for Extension of Time for Defendant to Move, Answer, or Otherwise Respond to Plaintiff's Complaint for Patent Infringement (Dkt. 16). Having considered the Unopposed Motion, the Motion is **GRANTED** and **IT IS ORDERED** that:

Defendant Medtronic, Inc. shall have until and including January 20, 2025 to move, answer, or otherwise respond to Plaintiff DiLorenzo Biomedical, LLC's Complaint for Patent Infringement.

DATED:    December 2, 2024              *s/Elizabeth Cowan Wright*
                                         ELIZABETH COWAN WRIGHT
                                         United States Magistrate Judge