## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

DILORENZO BIOMEDICAL, LLC,

                        Plaintiff,        Civil No. 24-4091 (JRT/ECW)

v.

                                        **ORDER OF RECUSAL**

MEDTRONIC, INC.,

                        Defendant.

_____

The above-captioned case is assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing these matters.

Accordingly, **IT IS ORDERED** that pursuant to the Court's Order for Assignment of Cases dated July 19, 2021, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the master list of the automated case assignment system.

DATED: December 13, 2024
at Minneapolis, Minnesota.

                                                s/John R. Tunheim
                                             JOHN R. TUNHEIM
                                      United States District Court